**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
T.V. SESHAN M.D., P.C.,

                Plaintiff,

    -against-

BLUE CROSS BLUE SHIELD ASSOCIATION,

                Defendant.
------------------------------------------------------------------X

  25 **CIVIL** 499 (CS)
  25 **CIVIL** 1255 (CS)
  25 **CIVIL** 1264 (CS)
  25 **CIVIL** 2049 **(CS)**

## JUDGMENT

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated December 5, 2025, Defendant's motion to dismiss is GRANTED, and Plaintiff's motion to confirm the arbitration awards is DENIED; accordingly, the four above-captioned consolidated cases are closed.

**Dated:** New York, New York

    December 8, 2025

                      **TAMMI M. HELLWIG**
                    _____
                      **Clerk of Court**

          **BY:**     K. mango
                    _____
                      **Deputy Clerk**